## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Tyree D. Smith | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 15-15531 ELF |
| Tyree D. Smith | | |
| | Debtor(s) | |
| William C. Miller, Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Lease Trust, and after a hearing, and for the reasons stated in court, it is hereby

**ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Section 362 (d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of the 2013 LEXUS GS350, VIN#: JTHCE1BL3D5014963 in a commercially reasonable manner. ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

Date:  9/12/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**