United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15531-elf
Tyree D. Smith                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia             Page 1 of 1          Date Rcvd: Sep 12, 2017
                             Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db              +Tyree D. Smith,    1609 Merribrook Lane,    Philadelphia, PA 19151-2717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Tyree D. Smith dmo160west@gmail.com,   davidoffenecf@gmail.com
      MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com,
       ahight@schillerknapp.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Tyree D. Smith | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 15-15531 ELF |
| Tyree D. Smith | | |
| | Debtor(s) | |
| William C. Miller, Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Lease Trust, and after a hearing, and for the reasons stated in court, it is hereby

**ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Section 362 (d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of the 2013 LEXUS GS350, VIN#: JTHCE1BL3D5014963 in a commercially reasonable manner.  ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

Date:  9/12/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**