## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :    Bk. No. 15-15531 ELF |
| TYREE SMITH | : |
| | :    Chapter No. 13 |
|           Debtor | : |
| | : |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **WELLS FARGO BANK, NA** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 1609 MERRIBROOK LANE, PHILADELPHIA, PA 19151 with the mortgage recorded on June 27, 2013 Document ID 52659923 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

January 11, 2018

                                   /s/ Jerome Blank, Esquire
                                    Jerome Blank, Esq., Id. No.49736
                                    Phelan Hallinan Diamond & Jones, LLP
                                    1617 JFK Boulevard, Suite 1400
                                    One Penn Center Plaza
                                    Philadelphia, PA 19103
                                    Phone Number: 215-563-7000 Ext 31625
                                    Fax Number: 215-568-7616
                                    Email: jerome.blank@phelanhallinan.com