IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TYREE D. SMITH                                           :    CHAPTER 13
        Debtor                                          :
                                                        :    BK. No. 15-15531 ELF

## ORDER

AND NOW, this 2nd day of July, 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 56) is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE