```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-15531-elf
Tyree D. Smith                                                  Chapter 13
           Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD           Page 1 of 3            Date Rcvd: Dec 19, 2019
                              Form ID: 138NEW          Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Tyree D. Smith,    1609 Merribrook Lane,     Philadelphia, PA 19151-2717
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr             +Toyota Lease Trust,    c/o Schiller & Knapp LLP,     950 New Loudon Rd,    Latham, NY 12110-2100
cr             +Wells Fargo Bank, N.A.,     PO Box 10438,    Des Moines, IA 50306-0438
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,      MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13596433       ++ASCENDIUM EDUCATION SOLUTIONS  INC,     PO BOX 8961,    MADISON WI 53708-8961
                 (address filed with court: Navient Solutions Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,     P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13574652       +Aes/Pheaa,    Po Box 61047,   Harrisburg, PA 17106-1047
13590923        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13574654       +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
13574657       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13645377       +Bank of America, N.A.,     P O Box 982284,   El Paso, TX 79998-2284
13574655       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13574656        Best Buy,    Retail Services,   PO Box17298,    Baltimore, MD 21297-1298
13625170        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13574660       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
13841251        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13574689       +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13574690        J. Crew,    ONe Ivy Cresent,   Lynchburg, VA 24513-1001
13574692        Macy’s,    P.O. Box 4583,   Carol Stream, IL 60197-4583
13955177       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,     Atty for Toyota Lease Trust,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13574693       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13574694        Medicare Premium Collection Center,     P.O. Box 371384,    Pittsburgh, PA 15250-7384
13589830       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13574704       +Shippensburg Universit,    1871 Old Main Dr,    Shippensburg, PA 17257-2200
13574709       +Target,    Retailers National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13582997       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                 Addison, Texas 75001-9013
13574710       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
13574712       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                 Frederick, MD 21701)
13587813        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13632971        Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A., as servicer,
                 Attention: Bankruptcy Department,    MAC #D3347-014,     3476 Stateview Blvd Fort Mill, SC 29715
14263254       +Wells Fargo Bank, NA,    PO Box 14487,    Des Moines, IA 50306-3487
13660590       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,     Des Moines, IA 50328-0001
13574713       +Wf Crd Svc,    Po Box 14517,   Des Moines, IA 50306-3517
13574714       +Wffnatbank,    Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2019 03:32:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:30:36      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13574653       +E-mail/Text: EBNProcessing@afni.com Dec 20 2019 03:32:36      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13574659        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:30:37
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13633715       +E-mail/Text: bncmail@w-legal.com Dec 20 2019 03:32:37      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13622612       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 03:32:11      COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13574658       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:30:37      Cap1/Neimn,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13596068        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:30:37
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13574663       +E-mail/PDF: pa_dc_ed@navient.com Dec 20 2019 03:30:40      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13584708        E-mail/Text: mrdiscen@discover.com Dec 20 2019 03:32:04      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0313-2          User: YvetteWD           Page 2 of 3                    Date Rcvd: Dec 19, 2019
                              Form ID: 138NEW          Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13574687       +E-mail/Text: mrdiscen@discover.com Dec 20 2019 03:32:04      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13574688       +E-mail/Text: bkynotice@harvardcollect.com Dec 20 2019 03:33:04      Harvard Collection,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
13574691       +E-mail/Text: bncnotices@becket-lee.com Dec 20 2019 03:32:06      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13614185       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2019 03:32:27      Midland Credit Management, Inc.,
                 as agent for  MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13574695       +E-mail/PDF: pa_dc_claims@navient.com Dec 20 2019 03:31:13      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13630657        E-mail/PDF: pa_dc_claims@navient.com Dec 20 2019 03:30:40      Navient Solutions, Inc.,
                 Department of Education Loan Services,    Po Box 9635,    Wilkes-Barre PA. 18773-9635
13574702       +E-mail/Text: bnc@nordstrom.com Dec 20 2019 03:32:07      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
13627515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:31:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13574703        E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:11      PayPal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
13630720        E-mail/Text: appebnmailbox@sprint.com Dec 20 2019 03:32:27      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
14215718       +E-mail/Text: bncmail@w-legal.com Dec 20 2019 03:32:37      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13574705       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:30:36      Syncb/Banana Rep,    Po Box 965005,
                 Orlando, FL 32896-5005
13574706       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:30:36      Syncb/Gap,    Po Box 965005,
                 Orlando, FL 32896-5005
13574707       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:45      Syncb/Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
13574708       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:30:36      Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13660051        E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:44      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13580847        E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:11      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13622677       +E-mail/Text: bncmail@w-legal.com Dec 20 2019 03:32:37      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13654767       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2019 03:32:40      Td Bank,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14126371        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 20 2019 03:32:04
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
cr*            +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
13574661*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13574662*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13574664*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574665*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574666*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574667*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574668*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574669*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574670*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574671*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574672*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574673*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574674*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574675*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574676*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574677*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574678*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574679*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574680*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574681*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574682*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574683*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574684*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574685*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574686*      +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13574696*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574697*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574698*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574699*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574700*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574701*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13574711*      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
```

```
District/off: 0313-2          User: YvetteWD              Page 3 of 3                  Date Rcvd: Dec 19, 2019
                              Form ID: 138NEW             Total Noticed: 66

13602515     ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                                                      TOTALS: 0, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Tyree D. Smith dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tyree D. Smith
      Debtor(s)

Bankruptcy No: 15−15531−elf
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 12/19/19

63 − 62
Form 138_new