IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                :      CHAPTER 13
                     :
Tyree D. SMith       :      No. 15-15531-ELF
    Debtor           :

O   R   D   E   R

AND NOW, this        day of            , 2019, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.

_____ 1/9/20
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Tyree D. Smith

PAYROLL CONTROLLER
Children's Surgical Associates, Ltd
One Children's Center
34th Street & Civic Center Boulevard
Philadelphia, PA 19104