United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15531-elf
Tyree D. Smith                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2            Date Rcvd: Jan 10, 2020
                             Form ID: 3180W          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db              +Tyree D. Smith,   1609 Merribrook Lane,   Philadelphia, PA 19151-2717
13596433       ++ASCENDIUM EDUCATION SOLUTIONS INC,   PO BOX 8961,   MADISON WI 53708-8961
                (address filed with court:  Navient Solutions Inc. on behalf of USAF,
                Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13645377        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13582997        +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
13632971        Wells Fargo Bank, N.A.,   C/O Wells Fargo Bank, N.A., as servicer,
                Attention: Bankruptcy Department,   MAC #D3347-014,   3476 Stateview Blvd Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 11 2020 03:37:45   City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:36:51
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2020 03:37:29   U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13590923        EDI: BECKLEE.COM Jan 11 2020 08:23:00   American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13633715       +E-mail/Text: bncmail@w-legal.com Jan 11 2020 03:37:18   CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13622612       +EDI: WFNNB.COM Jan 11 2020 08:23:00   COMENITY CAPITAL BANK,   C/O WEINSTEIN & RILEY, P.S.,
                2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13596068        EDI: CAPITALONE.COM Jan 11 2020 08:23:00   Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
13625170        EDI: BL-BECKET.COM Jan 11 2020 08:23:00   Capital One, N.A.,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
13584708        EDI: DISCOVER.COM Jan 11 2020 08:23:00   Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
13841251        EDI: ECMC.COM Jan 11 2020 08:23:00   ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13614185       +EDI: MID8.COM Jan 11 2020 08:23:00   Midland Credit Management, Inc.,
                as agent for  MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13630657        EDI: NAVIENTFKASMSERV.COM Jan 11 2020 08:23:00   Navient Solutions, Inc.,
                Department of Education Loan Services,   Po Box 9635,   Wilkes-Barre PA. 18773-9635
13627515        EDI: PRA.COM Jan 11 2020 08:23:00   Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13630720        EDI: NEXTEL.COM Jan 11 2020 08:23:00   Sprint Corp.,   Attn Bankruptcy Dept,   PO Box 7949,
                Overland Park KS 66207-0949
14215718       +E-mail/Text: bncmail@w-legal.com Jan 11 2020 03:37:18   SYNCHRONY BANK,
                c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13660051        EDI: RMSC.COM Jan 11 2020 08:23:00   Synchrony Bank,   c/o Recovery Management Systems Corp,
                25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13622677       +E-mail/Text: bncmail@w-legal.com Jan 11 2020 03:37:18   TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13654767       +EDI: JEFFERSONCAP.COM Jan 11 2020 08:23:00   Td Bank,   c o Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-7999
13654767       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 03:37:21   Td Bank,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14126371        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jan 11 2020 03:35:25
                United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
13587813        EDI: WFFC.COM Jan 11 2020 08:23:00   Wells Fargo Bank NA,   PO Box 10438,
                Des Moines IA   50306-0438
13660590       +EDI: WFFC.COM Jan 11 2020 08:23:00   Wells Fargo Card Services,   1 Home Campus 3rd Floor,
                Des Moines, IA 50328-0001
                                                                            TOTAL: 22

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13602515      ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2020
                             Form ID: 3180W            Total Noticed: 26

                  ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Tyree D. Smith dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust kcollins@schillerknapp.com,
          acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tyree D. Smith** | Social Security number or ITIN   **xxx–xx–0952** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **15–15531–elf** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tyree D. Smith

<u>1/9/20</u>

**By the court:**    <u>Eric L. Frank</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**